# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation for Supervised Release) |
|---|---|
| v. | Case Number: 11-cr-00186-CMA-01 |
| | USM Number: 56255-083 |
| AARON M. AUSTIN | Warren Williamson, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, 6, 7, 8, 9 and 10, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Drug/Mental Health Treatment as Directed by the Probation Officer (Urinalysis) | 09/2012 |
| 2 | Failure to Participate in Drug/Mental Health Treatment as Directed by the Probation Officer (Urinalysis) | 10/08/12 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

May 23, 2013
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Christine M. Arguello, U.S. District Judge
Name & Title of Judge

5/29/13
Date

DEFENDANT: AARON M. AUSTIN
CASE NUMBER: 11-cr-00186-CMA-01

Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Participate in Drug/Mental Health Treatment as Directed by the Probation Officer (Counseling) | 09/2012 |
| 4 | Failure to Participate in Drug/Mental Health Treatment as Directed by the Probation Officer (Counseling) | 11/07/12 |
| 5 | Failure to Participate in Drug/Mental Health Treatment as Directed by the Probation Officer (Counseling) | 11/16/12 |
| 6 | Failure to Comply with the Rules of Home Detention | 11/06/12 |
| 7 | Failure to Report to the Probation Officer as Directed | 05/25/12 |
| 8 | Failure to Report to the Probation Officer as Directed | 11/02/12 |
| 9 | Failure to Follow the Instructions of the Probation Officer | 11/2012 |
| 10 | Possession and Use of a Controlled Substance | 11/09/12 |

DEFENDANT: AARON M. AUSTIN
CASE NUMBER: 11-cr-00186-CMA-01                                    Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months and 1 day. No supervision to follow term of imprisonment.

The Court recommends that the Bureau of Prisons credit the defendant with 77 days of time spent in official detention prior to sentencing.

The Court recommends to the Bureau of Prisons that the defendant be designated to an institution in the state of Colorado.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal